IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-38-BO-KS

KHADIM HUSSAIN MALIKI,

    Plaintiff,

v.

ANTHONY BLINKEN, *Secretary of State; et al.*,

    Defendants.

**ORDER**

This matter comes before the Court on the Defendants' Motion to Seal Exhibit 2 – Notice of Approvals [D.E. 10-2] attached to Government's Answer [D.E. 10]. For good cause having been shown, the Defendants' motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 2 – Notice of Approvals [D.E. 10-2].

SO ORDERED this 18 day of Feb., 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Court Judge